UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSE MANUEL PEREZ-MAZO,<br><br>　　　　　　Defendant. | Case No. 22-cr-00014-LL<br>　　　　　 21MJ4873-BLM<br><br>I N F O R M A T I O N<br><br>Title 9̶ 8, U.S.C., Sec. 1325(a)(1) – Improper Entry by an Alien (Misdemeanor); Title 8, U.S.C., Sec. 1326(a) – Removed Alien Found in the United States (Felony) |

　　　The Acting United States Attorney charges:

### Count 1

　　　On or about December 13, 2021, within the Southern District of California, defendant JOSE MANUEL PEREZ-MAZO, an alien, knowingly and intentionally entered the United States of America at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325 (a)(1), a misdemeanor.

### Count 2

　　　On or about December 14, 2021 within the Southern District of California, defendant JOSE MANUEL PEREZ-MAZO, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's

FAN:jrdc:12/17/21

reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: 12/17/2021            .

RANDY S. GROSSMAN
Acting United States Attorney

FRANCISCO A. NAGEL
Assistant U.S. Attorney